[No. 32114-2-III.   Division Three.   March 17, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DEAN L. ANDERS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-1-00932-4, Maryann C. Moreno, J., entered November 18, 2013. *Affirmed* by unpublished opinion per Fearing, A.C.J., concurred in by Korsmo and Pennell, JJ.

[No. 32150-9-III.   Division Three.   March 17, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS JOSE RUIZ-MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 13-1-00041-1, Ruth E. Reukauf, J., entered December 11, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Fearing, A.C.J., concurred in by Pennell, J.; Korsmo, J., dissenting in part.

[Nos. 32587-3-III; 32588-1-III.   Division Three.   March 17, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN G. CHILDS, *Appellant*.

Appeals from a judgment of the Superior Court for Asotin County, No. 13-1-00182-1, Scott D. Gallina, J., entered June 23, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.